IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) INFORMATION |
| | ) |
| Plaintiff, | ) **1 : 15 CR 175** |
| | ) |
| v. | ) CASE NO._____ |
| | ) Title 18, Section 641, United |
| AMY BELZ, | ) States Code |
| | ) |
| Defendant. | ) **JUDGE GWIN** |

The United States Attorney charges:

## Count 1
(Theft of Government Funds)

### General Allegations

At all times material herein:

1.      Defendant AMY BELZ ("BELZ") worked as the Program Manager for the Parma

Public Housing Agency from 2005 until her termination on or about September 16, 2014.  As

the Program Manager, BELZ had responsibility for several aspects of the daily administration of

the Parma Public Housing Agency, including paying invoices received by the Parma Public

Housing Agency, interviewing potential tenants, coordinating quality control inspections, and

implementing the Parma Public Housing Agency budget.

2.    BELZ had access to the Parma Public Housing Agency bank account at PNC Bank, Account number xxxxxx463, and at Huntington Bank, Account number xxxxxxxx225.

3.    Parma Public Housing Agency owned and managed 60 units and administered 742 vouchers through the Public Housing and Housing Choice Voucher Program, commonly referred to as the Section 8 Program, which Congress authorized in 1974 to provide rental subsidies for eligible tenants residing in newly constructed, rehabilitated, and existing rental units.

4.    In each year from 2008 to 2014, Parma Public Housing Agency received federal funding from the United States Department of Housing and Urban Development ("HUD") through the Public Housing and Housing Choice Voucher Program, (24 C.F.R. § 982), the Public Housing Operating Fund Program (24 C.F.R. § 990), and the Public Housing Capital Fund Program (24 C.F.R. § 905).

## The Theft of Government Funds

5.    From on or about January 1, 2008, through on or about September 16, 2014, BELZ issued checks from Parma Public Housing Agency's bank accounts to herself.

6.    Because Parma Public Housing Agency checks required two signatures, including the Executive Director's, BELZ co-endorsed the checks using a stamp of his signature to which she had ready access.

7.    BELZ then deposited the Parma Public Housing Agency checks into her personal bank account at Huntington Bank, account number xxxxxxxx774, and at Fifth Third Bank, account number xxxxxxx903.

8.    In order to conceal her theft of funds from Parma Public Housing Agency and HUD, BELZ created fake invoices from legitimate Parma Public Housing Agency vendors.

BELZ wrote her personal information on the checks she cashed, but typed the false vendor names on the carbon copies in the Parma Public Housing Agency check registers. BELZ then attached the false invoices to the false carbon copies and placed them in the Parma Public Housing Agency files to make it appear that the vendor was paid for work, knowing that such work was never ordered or completed.

9.      From on or about January 1, 2008, through on or about September 16, 2014, BELZ deposited into her personal accounts approximately 138 Parma Public Housing Agency checks made payable to her totaling approximately $232,407.48.

10.     From on or about January 1, 2008, through on or about September 16, 2014, in the Northern District of Ohio, Eastern Division, AMY BELZ, in a continuing course of conduct did embezzle, steal, purloin, and knowingly convert to her use, property of the United States exceeding $1,000 in value belonging to the United States Department of Housing and Urban Development, an agency of the United States, to wit: Public Housing and Housing Choice Voucher Program funds issued to the Parma Public Housing Agency in the amount of approximately $232,407.48.

All in violation of Title 18, United States Code, Section 641.

STEVEN M. DETTELBACH
United States Attorney

By: _____
JOSEPH PINJUH
Acting Chief, Criminal Division

3